JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **RAYFORD HUNT,** | ) | **NO. CV 17-5694-GW (KS)** |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| **JOHN SUTTON,** | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: April 30, 2018

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE